No. 71–978.  McConnell *v.* Anderson et al.  C. A. 8th Cir.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–994.  Epstein *v.* Association of the Bar of the City of New York.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–995.  Davis *v.* United States.  Ct. Cl.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–1054.  Smith, Administratrix *v.* Southern Pacific Co.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–5449.  Quick *v.* Virginia.  Sup. Ct. Va.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–5450.  Camm *v.* Pennsylvania.  Sup. Ct. Pa.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–5550.  Manuel *v.* Salisbury, Correctional Superintendent.  C. A. 6th Cir.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–5970.  Nielsen *v.* Michigan.  Ct. App. Mich.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.